IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HAROLD and SHIRLEE KLINKER, | CV-26-26-GF-JTJ |
| Plaintiffs, | |
| vs. | ORDER |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

On March 13, 2026, Defendant State Farm Fire and Casualty Company (State Farm) filed a Motion to Dismiss Plaintiffs' Claim of Bad Faith and a brief in support. (Docs. 4 and 5).  In response, Plaintiffs filed a First Amended Complaint (Doc. 8) and a "Notice of Filing First Amended Complaint and Motion to Deem Defendant's Motion to Dismiss Moot". (Doc. 9).

Accordingly, based upon the filing of the Amended Complaint,

IT IS ORDERED

1. State Farm's Motion to Dismiss (Doc. 4) is DENIED as MOOT.

2. Plaintiffs Motion to Deem State Farm's Motion to Dismiss Moot (Doc. 9) is GRANTED.

DATED this 9th day of April 2026.

John Johnston
United States Magistrate Judge